*DUPLANTIER* vs. *LYND.*

</div>

Party's ad-     SUIT for goods sold to defendant. The only
mission to be testimony was that of a clerk, who called on him,
received  *in*
*toto.*     with a bill, a long time after the delivery of the
goods.   The clerk deposed the defendant returned
the bill, saying *he believed he had paid it.*

<div align="center">NONSUIT.</div>